# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA KAY SPEARMAN, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, <br><br> Defendant. | Case No. CIV-13-389-RAW-SPS |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 6, 2015, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. The time for objection has passed, and no objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 23rd day of March, 2015.

**Dated this 23rd day of March, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma